1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                   AT TACOMA

8    SHAWN CHARLES GAINES,

9              Petitioner,

10        v.                                        Case No. C04-5829RBL

11   MAGGIE MILLER-STOUT,                           ORDER ADOPTING REPORT
                                                    AND RECOMMENDATION
12             Respondent.

13

14        The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. §

15   2254.  This case has been referred to Magistrate Judge J. Kelley Arnold pursuant to Title 28 U.S.C.

16   §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates' Rules MJR 3 and MJR 4.

17        The Court having reviewed the Report and Recommendation, objections to the Report and

18   Recommendation, if any, and the remaining record, does hereby find and Order:

19        (1)    The Court adopts the Report and Recommendation;

20        (2)    The petition is **DISMISSED WITH PREJUDICE** for the numerous reasons
                 outlined in the Report and Recommendation.
21

22        (3)    The clerk is directed to send copies of this Order to counsel for petitioner and
                 respondent and to the Hon. J. Kelley Arnold.

23        DATED this 27th day of July, 2005.

24

25                                          _____
                                            RONALD B. LEIGHTON
26                                          UNITED STATES DISTRICT JUDGE

27

28   ORDER- 1