UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHAWN CHARISE GAINES<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAGGIE MILLER-STOUT,<br><br>　　　　Defendant. | No. C04-5829RBL<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A CERTIFICATE OF APPEAL |

　　This matter is before the court on the Plaintiff's Motion for a Certificate of Appeal. [Dkt. #26].

　　The district court should grant an application for a Certificate of Appealability only if the petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(3). To obtain a Certificate of Appealability under 28 U.S.C. § 2253(c), a habeas petitioner must make a showing that reasonable jurists could debate whether, or agree that, the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. *Slack v. McDaniel*, 120 S.Ct. 1595, 1603-04 (2000) (*quoting Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)). When the court denies a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. *Slack v. McDaniel*, 120 S.Ct. at 1604.

ORDER　　　　　　　　　　　　　　　　　　　　1

Here, Gaines has failed to establish that reasonable jurists would find that the State court's rejection of Gaines' request for an evidentiary hearing on this record was debatable or wrong. For the reasons articulated in the Report and Recommendation, Gaines' Motion for a Certificate of Appeal is Denied.

DATED this 7th day of October, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER                                      2